UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | | CASE NO: 05-33722 |
|--------|--|-------------------|
| ROBERT F. ANON | | (Chapter 13) |
| REBECCA J. ANON | | |
| | Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010410**

| Ct / Tee Claim # | Address | Amount |
|------------------|---------|--------|
| 6/ 34 | OSI PORTFOLIO SERVICES<br>BOX 105460<br>ATLANTA, GA  30348 | 3.32 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/26/2010

Certificate of Service                    05-33722

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

ROBERT F. ANON
REBECCA J. ANON
1417 WARDER
SPRINGFIELD, OH  45503

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(57.1n)
HILARY B. BONIAL
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(58.1n)
HOMEQ SERVICING CORP  TMS MORT
ROSICKI FOSICKI & ASSOCIATES P
ONE OLD COUNTRY RD STE 429
CARLE PLACE, NY  11514

(1047.1n)
MARTHA R SPANER
3962 RED BANK ROAD
CINCINNATI, OH  45227

(34.1)
OSI PORTFOLIO SERVICES
BOX 105460
ATLANTA, GA  30348

(34.3)
OSI PORTFOLIO SERVICES
BANKRUPTCY DEPARTMENT
BOX 105460
ATLANTA, GA  30348

(1048.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

(45.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA  95696

(56.1n)
US DEPT OF HOUSING
BOX 105664
ATLANTA, GA  30348

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                      sv

0533722_42_20100426_1528_278/T317_sv
###